UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY ALLEN** | : | **CASE NO. C-1-00-261** |
| **Plaintiff,** | : | **(Judge Spiegel)** |
| v. | : | |
| **SIMON LEIS, et al.** | : | **JOINT APPLICATION TO CLOSE ADMINISTRATION OF SETTLEMENT** |
| **Defendants.** | : | |

The Court approved the settlement on June 25, 2003. (Doc.105). Paragraph 7 of the Settlement Agreement sets forth a one-hundred-eighty day cutoff period for filing proofs of claim after the original mailing of class notice in the event that the low return by the original date required an advertisement. This contingency did occur and an advertisement was run on September 24, 2003. (See Exhibit A hereto). However, the language of Paragraph 7 would have cut off proofs of claim in August of 2003 because of the gap between the approval and the end of the mailing. Thus, the parties agreed to extend the filing period until the close of business on December 26, 2003, which is one-hundred-eighty days after that approval, and to end all settlement administration on that date.

The December 26, 2003 time limit has expired. All claims received by the close of business on December 26, 2003, have been processed. The resulting payout pursuant to the settlement is set out in Exhibit B hereto.

Pursuant to paragraphs 16 and 17 the "Agreement of Compromise And Settlement" approved by this Court, the parties move that this Court order that the administration of the settlement be terminated and the case be dismissed and the class members be barred from

making further claims against defendants concerning the pay to stay program that was the subject of this litigation.

                Respectfully Submitted,

                MICHAEL K. ALLEN
                PROSECUTING ATTORNEY
                HAMILTON COUNTY, OHIO

                _____
                Christian J. Schaefer, 0015494
                Assistant Prosecuting Attorney
                230 East Ninth Street, Suite 4000
                Cincinnati, Ohio 45202-2151
                DDN: (513) 946-3041
                FAX: (513) 946-3018
                ATTORNEYS FOR DEFENDANT
                SIMON LEIS


                _____
                Robert B. Newman, 0023484
                Stephen R. Felson, 0038432
                Lisa T. Meeks, 0062074
                NEWMAN & MEEKS CO., LPA
                617 Vine Street, Suite 1401
                Cincinnati, Ohio 45202
                DDN: (513) 639-7000
                ATTORNEYS FOR NAMED PLAINTIFF
                AND THE CLASS

eived:    9/17/03   9:04AM;
SEP-17-2003 WED 07:57 PM CINCINNATI ENQUIRER    →HAM CO PROS CIVIL;   Page 3 of
                                                FAX NO.                      P. 03

Story #65352 System CINSZ           by 2400            Time 8

Account 9463059HAM          Previous 2400
Last Name HAMILTON COUNTY PROSECUTORS              Class
Buy 1CNCO Times 1 Start 9/24/03 Days/Dates
Buy 2 Times  Start  Days/Dates
Buy 3 Times  Start  Days/Dates
Remarks: Legals Control;NAT. LEGAL NOTICES;Legals;Size;

## Notice of Class Action Settlement

Settlement Funds are available in the case of Allen v. Leis Case No. C-1-00-261 in the United States District Court for the Southern District of Ohio. Class members are all persons who had funds of $1.00 or more taken by the County pursuant to the Hamilton County pay-to-stay program from August 18, 1998, to April 29, 2002, and whose convictions, if any, have not been expunged as that term is defined in Chapter 2953 of the Ohio Revised Code. Any member of the class may obtain a claim form by calling (513) 946-3949 and leaving his or her name and address as a recorded message.

65352/999024

*Enlargement*

EXHIBIT A

# Hamilton County PFS
## *Summary Report*
*Dates Recvd From 02/01/2003 to 12/26/2003*

|  | Number of People | Number of Claim | Dollar Amount |
|---|---|---|---|
| **Opted Out** | 12 | 14 | $225.64 |
| **Deceased** | 23 | 87 | $1,009.46 |
| **Under $1.00** | 1,004 | 2,064 | $226.66 |
| **Refunds Made Prior To 2/14/03** | 1,637 | 1,712 | $38,963.56 |
| **Duplicate Claims After 2/14/03** | 42 | 44 | $944.98 |

*Note: These claims filed after 2/14/03 are also included the the Refunds Made Prior to 2/14/03 amount.*

|  | Number of People | Number of Claim | Dollar Amount |
|---|---|---|---|
| **CSEA Offsets** | 1,221 | 2,741 | $50,209.98 |
| **Probation Offsets** | 301 | 742 | $13,665.53 |
| **Refunds Made** | 5,079 | 9,218 | $172,756.09 |
| | | | |
| **All Claims** | 6,844 | 14,901 | |

*Note: The total number of people and claims will not add up. Some people or JMS numbers may be in more than one catagory. For example one person may have an under $1.00 claim on one JMS number, and refunds on other JMS numbers that are over $1.00.*

| **Checks Returned In the Mail** | Number of People | Number of Claims | Dollar Amount |
|---|---|---|---|
| Attempted Not Known | 107 | 224 | $4,089.58 |
| Forwarding Time Expired/Return To Sender | 7 | 7 | $165.26 |
| Insufficient Address | 16 | 32 | $492.40 |
| Moved Left No Address/Return To Sender | 15 | 34 | $340.21 |
| No Forwarding Order On File/Return To Sender | 3 | 5 | $122.00 |
| No Such Number/Street | 12 | 15 | $329.41 |
| Not Deliverable As Addressed-Unable To Forward | 61 | 133 | $2,087.41 |
| Other | 30 | 95 | $1,571.46 |
| | 251 | 545 | $9,197.73 |

| **Checks Returned To Auditor** | Number of People | Number of Claims | Dollar Amount |
|---|---|---|---|
| Returned to Auditor | 18 | 30 | $508.27 |
| Returned to Auditor's Now Collectible by CSEA | 4 | 12 | $217.75 |
| Returned to Auditor's Now Collectible by Probation | 1 | 1 | $30.00 |
| | 23 | 43 | $756.02 |


EXHIBIT B

*February 13, 2004*       *Summary Report*     *Page 1 of 1*