UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANTHONY ALLEN, | : | |
| | : | NO. 1:00-CV-00261 |
| Plaintiff, | : | |
| | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| | : | |
| SIMON LEIS, et al., | : | |
| | : | |
| Defendants. | : | |

On February 11, 2003, this Court issued an Order certifying the instant case as a class action and preliminarily approving a settlement (doc. 90). On June 25, 2003, this Court entered final judgment approving the proposed class settlement (doc. 105).

On February 19, 2004, the parties filed a joint motion seeking to close the administration of the settlement (doc. 106). They contend that notice was provided all potential class members via a provision in the settlement agreement and that all claims received by the filing period closing date of December 26, 2003 have been fully processed. They now seek, pursuant to additional provisions in the settlement agreement approved by this Court, an Order terminating the settlement administration, dismissing the case, and barring all class members from making further claims "concerning the pay to stay program that was the subject of this litigation" (Id.). Based upon the attestations made in the joint

motion and upon consideration of settlement agreement among all parties, the Court finds the instant motion well founded.

Accordingly, the parties are hereby ORDERED to terminate administration of the settlement reached in the instant case. The case is hereby DISMISSED. All class members are hereby BARRED from making any further claims against the Defendants on grounds forming the subject of the instant suit.

SO ORDERED.


Dated: March 23, 2004         s/S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge